

1  J. Stephen Peek, Esq.
   Nevada Bar No. 1758
2  Brad M. Johnston, Esq.
   Nevada Bar No. 8515
3  Patricia C. Halstead, Esq.
   Nevada Bar No. 6668
4  Hale Lane Peek Dennison and Howard
   5441 Kietzke Lane, Second Floor
5  Reno, Nevada 89511
   Telephone: (775) 327-3000
6  Facsimile:  (775) 786-6179

7  -and-

8  Brian L. Behmer, Esq. *(pro hac vice)*
   DLA Piper US LLP
9  401 B Street, Suite 1700
   San Diego, California 92101
10 Telephone: (619) 699-3648
   Facsimile:  (619) 699-2701
11
   Attorneys for Plaintiff Alere Medical Incorporated
12
                UNITED STATES DISTRICT COURT
13
                     DISTRICT OF NEVADA
14

15

16 ALERE MEDICAL INCORPORATED,      )
                                    )
17         Plaintiff,               )
                                    )
18    v.                            )   CASE NO: 3:06CV00062 ECR (RAM)
                                    )
19 QMED, Inc., individually and on behalf of its )
   subsidiary, Interactive Heart Management )
20 Corporation,                     )
                                    )
21         Defendant.               )
                                    )
22 _____)

23         **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

24         WHEREAS, the parties have settled and resolved this matter and their underlying dispute

25 pursuant to their Settlement Agreement and Mutual Release, IT IS HEREBY STIPULATED by and

26 between Plaintiff Alere Medical Incorporated ("Alere") and Defendant QMed Inc., individually and on

27 behalf of its subsidiary, Interactive Heart Management Corporation, ("QMed"), through their

28

::ODMA\PCDOCS\HLRNODOCS\589212\2                 1

1  respective undersigned counsel, that the above-captioned matter be dismissed with prejudice, with
2  each party to bear its own fees and costs.
3        This Stipulation may be executed by facsimile signatures with the same force and effect as
4  original signatures.
5  DATED this 19th day of December, 2006.     DATED this 19th day of December, 2006.

7  _____     _____
   J. Stephen Peek, Esq.     Abraham Y. Skoff, Esq., *(pro hac vice)*
   Nevada Bar No. 1758     Jayson D. Glassman, Esq., *(pro hac vice)*
8  Brad M. Johnston, Esq.     Kimberly Klein, Esq., *(pro hac vice)*
   Nevada Bar No. 8515     Moses & Singer LLP
9  Patricia C. Halstead, Esq.     405 Lexington Avenue
   Nevada Bar No. 6668     New York, NY 10174-1299
10 Hale Lane Peek Dennison and Howard
   5441 Kietzke Lane, Second Floor     John Frankovich, Esq., Nevada Bar No. 667
11 Reno, Nevada 89511     Debbie Shosteck, Esq., Nevada Bar No. 8260
      McDonald Carano Wilson, LLP
12 Brian L. Behmer, Esq. *(pro hac vice)*     100 West Liberty Street, 10th Floor
   DLA Piper US LLP     Reno, Nevada 89501
13 401 B Street, Suite 1700
   San Diego, California 92101

15 Attorneys for Plaintiff Alere Medical     Attorneys for Defendant QMed, Inc., individually
   Incorporated     and on behalf of its subsidiary, Interactive Heart
      Management Corporation

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 27, 2006

(Left margin: Hale Lane Peek Dennison and Howard, 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511)

::ODMA\PCDOCS\HLRNODOCS\589212\2     2